Evon GILLS, Appellant,

v.

DEPARTMENT OF COMMUNITY CORRECTION ADULT PROBATION AND PAROLE OFFICES; Steve Arnold, Field Administrator; Anita Efird, Area Supervisor; Richard Longinotti, Office Supervisor, Appellees.

No. 05–3365.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 20, 2006.

Filed: Dec. 27, 2006.

Byron Cole Rhodes, Hot Springs, AR, for Appellant.

Patrick Erin Hollingsworth, Sherri L. Robinson, Attorney General's Office, Little Rock, AR, for Appellees.

Before RILEY, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Evon Gills (Gills) appeals the district court's [1] adverse grant of summary judgment in her suit alleging gender discrimination and retaliation, in violation of Title VII of the Civil Rights Act, 42 U.S.C. § 2000e *et seq.*, and discrimination on the basis of disability, in violation of the Americans With Disabilities Act, 42 U.S.C. §§ 12101 *et seq.*, respectively.

Having conducted a de novo review of the record, *see Kratzer v. Rockwell Collins, Inc.*, 398 F.3d 1040, 1043 (8th Cir. 2005), we agree with the district court's conclusion Gills failed to establish a prima facie case, her employer set forth legitimate non-discriminatory reasons for Gills's discharge, and there is no indication her employer's reasons were pretextual. We also reject Gills's argument the district court improperly weighed the evidence or determined credibility, and we decline to consider her arguments raised for the first time on appeal.

Because we conclude an extended opinion would have no precedential value and no error of law appears, we affirm the well-reasoned opinion of the district court. *See* 8th Cir. R. 47B.

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.